UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
                Plaintiff,

-v-

GLENWOOD MANAGEMENT
CORPORATION, *et al.*,
                Defendants.

16-CV-836 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    On June 11, 2020, Attorney Joanna C. Hendon filed a motion to withdraw as counsel for Defendants Glenwood Management Corporation and Liberty Street Realty LLC because she is no longer employed by Spears & Imes LLP.  (Dkt. No. 18.)

    Accordingly, the motion to withdraw is GRANTED.  The Clerk of Court is directed to terminate Attorney Joanna C. Hendon as counsel for Defendants Glenwood Management Corporation and Liberty Street Realty LLC.

    SO ORDERED.

Dated: June 11, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge